IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN CARRERA, | ) | 4:04CV3062 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | *ORDER* |
| STATE OF NEBRASKA, et al. | ) ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 68, the withdrawal of the appearance by Defendant's attorney Eileen L. McBride is approved and the entry of appearance by Stephanie A. Zeeb on behalf of Defendants is recognized and approved.

Dated this 8th day of June 2005.

BY THE COURT:


s/F.A. Gossett
United States Magistrate Judge